IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DIVERSICARE LEASING CORPORATION,
D/B/A OUACHITA NURSING and REHABILITATION
CENTER; DIVERSICARE MANAGEMENT SERVICES
COMPANY; ADVOCAT, INC.                                                                PLAINTIFFS

v.                                              Case No. 11-CV-1037

BARBIE NOWLIN, AS SPECIAL PERSONAL
REPRESENTATIVE OF THE ESTATE OF NANCY
LOUISE JONES, DECEASED, AND ON BEHALF OF
NANCY LOUISE JONES                                                                    DEFENDANTS

## ORDER

On November 18, 2011, the Court entered an Order enjoining state court proceedings and compelling arbitration (ECF No. 17), and on January 24, 2012, the Court appointed Jim Tilley as arbitrator. (ECF No. 20). Mr. Tilley has notified the Court that arbitration proceedings have been scheduled. Accordingly, this case is hereby administratively terminated, without prejudice to the right of the parties to reopen the proceedings in order to enforce the arbitrator's decision. The arbitrator is not required to send the Court status reports.

IT IS SO ORDERED, on this 17th day of February, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge